UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Courtney Webster and<br>Brian Webster,<br><br>    Plaintiffs,<br><br>  v.<br><br>Center for Diagnostic Imaging, Inc., d/b/a CDI, d/b/a<br>CDI Indianapolis, and CDI Indiana, LLC, d/b/a CDI,<br>d/b/a CDI Indianapolis,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Cause No. 1:16-cv-02677<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR DAMAGES AND JURY DEMAND

The plaintiffs, Courtney Webster and Brian Webster, by counsel, for their complaint for damages and jury demand against the defendants, Center for Diagnostic Imaging, Inc., d/b/a CDI, d/b/a CDI Indianapolis ("CDI"), and CDI Indiana, LLC, d/b/a CDI, d/b/a CDI Indianapolis ("CDI Indiana") allege and say that:

  1.  At all relevant times Courtney Webster and Brian Webster were lawfully married.

  2.  Courtney Webster and Brian Webster are citizens of the State of Indiana and residents of the Southern District of Indiana, Indianapolis Division.

  3.  CDI is a Minnesota corporation with its principal place of business in St. Louis Park, Minnesota. Accordingly, CDI is deemed a citizen of Minnesota.

  4.  CDI Indiana is a Minnesota limited liability company. According to information obtained from the website of the Indiana Secretary of State, the members of CDI Indiana are Ryan Raschke, Henri Minette, and Richard Long, all of whom are citizens of Minnesota.

5. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. § 1332.

6. CDI and CDI Indiana operate diagnostic imaging centers throughout the state of Indiana, including one at 11900 N. Pennsylvania St. in Carmel, Indiana.

7. On or about November 17, 2014, Courtney Webster underwent a CT scan at CDI and CDI Indiana's imaging center at 11900 N. Pennsylvania St. in Carmel, Indiana. One of the primary purposes of this CT scan was to ascertain whether Courtney Webster had recurrent rectal cancer.

8. An agent and/or employee of CDI and CDI Indiana, acting within the course and scope of his duties, read Courtney Webster's CT scan.

9. In reading Courtney Webster's CT images, the agent/employee of CDI and CDI Indiana failed to identify and report a rectal tumor which was present on the images.

10. CDI and CDI Indiana's failure to identify and report Courtney Webster's rectal tumor was negligent.

11. Because of CDI and CDI Indiana's negligence in failing to identify and report Courtney Webster's rectal tumor, the tumor went undetected and untreated until May of 2016.

12. As a direct and proximate result of CDI and CDI Indiana's substandard care, Courtney Webster's rectal cancer grew and spread, significantly reducing her chances of surviving the disease, significantly altering her treatment options, and causing her severe pain, suffering and emotional distress.

13. In an attempt to treat her injuries, Courtney Webster has been required to engage the services of other medical professionals and has incurred medical expenses.

14. By reason of her injuries, Courtney Webster has been forced to miss work and has lost earnings from work.

15. As a direct and proximate result of CDI and CDI Indiana's substandard care, Brian Webster has been deprived of his wife's services, love, and companionship and he may continue to be so deprived in the future.

16. As a direct and proximate result of CDI and CDI Indiana's negligence, Courtney Webster and Brian Webster have been damaged.

WHEREFORE, the Plaintiffs, Courtney Webster and Brian Webster, respectfully request a judgment in an amount which will fully and fairly compensate them for their injuries and damages, for the costs of this action, for trial by jury, and for all other just and proper relief.

Respectfully submitted,

GARAU GERMANO, P.C.

_____
Jerry Garau, Attorney No. 10822-49
Barbara Germano, Attorney No. 14424-49

3710 Washington Boulevard
Indianapolis, IN 46205
Telephone: (317) 822-9530
Fax: (317) 822-9531

DeLaney & DeLaney, LLC

/s/ Kathleen A. DeLaney
Kathleen DeLaney, Attorney No. 18604-49

3646 N. Washington Blvd.
Indianapolis, IN 46205
Telephone: (317) 920-0400
Fax: (317) 920-0404

## JURY DEMAND

Plaintiffs, Courtney Webster and Brian Webster, by counsel, hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

*/s/ Kathleen A. DeLaney*
Kathleen A. DeLaney (#18604-49)
DeLaney & DeLaney LLC
3646 Washington Blvd.
Indianapolis, IN 46205

and

Jerry Garau, Attorney No. 10822-49
Barbara Germano, Attorney No. 14424-49
3710 Washington Boulevard
Indianapolis, IN 46205