Page 1

STATE OF INDIANA

DEPARTMENT OF INSURANCE

COURTNEY WEBSTER and BRIAN WEBSTER,
Plaintiffs,
vs.

MICHAEL WALKER, MD, and MEDICAL SCANNING CONSULTANTS, PA,
Defendants.

The oral deposition of

MICHAEL WALKER, MD,

was taken by counsel for the Plaintiffs on the 7th day of MARCH, 2018, at 520 Indiana Avenue, Indianapolis, Indiana, and reported by me, Marjorie A. Addington, Notary Public in and for the County of Hamilton, State of Indiana, CM, CSR: KS.

ACCURATE REPORTING OF INDIANA
William F. Daniels Prop. RPR/CP CM
12922 Brighton Avenue
Carmel, Indiana 46032

Page 2

APPEARANCES

FOR THE PLAINTIFFS:

Mr. Jerry Garau
Ms. Barb Germano
Garau Germano, PC
3710 North Washington Boulevard
Indianapolis, Indiana 46205

FOR THE DEFENDANTS:

Mr. David Field
Schultz & Pogue, LLP
520 Indiana Avenue
Indianapolis, Indiana 46202

Mr. J. Richard Moore
Bleeke Dillon Crandall
8470 Allison Pointe Boulevard
Suite 420
Indianapolis, Indiana 46250-4635

I N D E X

Certified Questions starting on Page 5, Line 11

DIRECT EXAMINATION BY MR. GARAU 3

Plaintiff's Exhibit 1 10
Plaintiff's Exhibit 3 40
Plaintiff's Exhibit 4 73

Page 3

(The witness is sworn at 1:05 p.m.)

DIRECT EXAMINATION BY MR. GARAU:
Q Could you tell us your name, please?
A Michael Dickinson Walker.
Q And you are a medical doctor?
A Yes, I am.
Q Have you ever been deposed before?
A No, I haven't.
Q Well, let me go ahead and give you some quick ground rules.
A Okay.
Q My name's Jerry Garau, I represent the Websters in a case that's pending in federal court, also in the case that's pending before the medical review panel. I'm going to be asking you some questions today. If at any time you don't understand a question that I ask, please let me know and I'll be happy to repeat or rephrase the question, otherwise if you give me an answer I'm going to assume that you understood the question, is that fair?
A That's fair.
Q If you need to take a break at any time feel free. I don't think we're going to be here that long, but it's not an endurance contest at all and,

Page 4

you know, if you want to take a break just let me know. I would ask, though, that if there's a question pending that you answer the question before you take a break, okay?
A Okay.
Q Questions that call for a "yes" or "no" answer try to answer with a "yes" or "no" as opposed to an "uh-huh" or "uh-uh" because that makes it hard on Margie here who's taking down a transcript of everything we're saying.
And, also, as we go along here you may know exactly where I'm going with the question and be tempted to go ahead and answer before I finish my question. That also makes it kind of hard on Margie as well. So try to let me finish my question before you give me an answer so that we're not talking over one another, okay?
A Okay.
Q Can you tell me what you did to prepare for your deposition today?
A I discussed the case with my lawyer, I reviewed my images and I reviewed my report.
Q And when you say you "reviewed my images," I'm assuming you're referring to the 11-17-14 CT scan?
A Correct.

Page 61

Q And you've re-reviewed the films and you see that mass, correct?
A I do.
Q And you would agree that you missed that mass in your review of the 11-17-14 CT scan that we have before us, Exhibit 3, correct?
MR. FIELD: I'll object to the extent that it's not mentioned in his report. Subject to that objection you can answer.
A Yes.
Q And to address your counsel's objection, had you seen it you would've included it within your report, correct?
A Yes.
Q If you had seen it, the standard of care would've required you to include it in your report, correct?
MR. FIELD: Same objection as before as to expert witness testimony. Subject to that objection you can answer if you can.
A Yes.
Q Because that mass, its appearance is consistent with recurrent rectal cancer, is it not?
A Yes, it's very -- it's concerning for sure.
Q Okay, so you would agree that that is a significant finding that was missed?

Page 62

A Yes.
Q If the appendiceal mass or the mass adjacent to the cecum or running along the cecum was present on the '09 studies, that would also be a miss on your part, correct?
A I see what you're saying, yeah.
Q You say --
A Yes, yes.
Q Okay. Have you taken another look at the '09 studies?
A Yes.
Q Do you believe that the mass along the cecum is present in the '09 studies?
A Not definitively, I don't think it's present definitively.
Q Okay, and when you use the word "definitively," when you use that modifier there, that makes me think that you see something there.
A No.
Q Okay.
A I don't see what I feel to be a mass.
Q Okay. Are you aware that Dr. Pittman and as of this point unidentified radiologists reviewed the '09 studies and believed that the mass along the cecum was present in the '09 studies?

Page 63

A No.
Q And you would disagree with anyone who says that they are?
A I disagree right now, I just looked at it and I didn't see it.
Q Okay, well, and when did you just look at the '09 studies?
A I've looked at them multiple times, but I looked at them between 12 and 1 o'clock today.
Q Okay, and so I maybe misheard, I thought you had just looked at the 11-17-14 study. You looked at the '09 studies as well?
A I looked at both.
Q Okay, and both '09 studies, the PET/CT and the CT?
A Correct.
Q Okay. You also refer to an adrenal nodule on your interpretation.
A No. Do I?
Q "No"?
A If I -- Help me out.
MR. FIELD: 3.
A Adjacent to the adrenal gland.
Q Right.
A That's not in the adrenal grand.

Page 64

Q All right, I'm sorry, a "nodule adjacent to the right adrenal gland," correct?
A That's correct.
Q And in your "Conclusions" you refer to that nodule as stable and when I read that I assumed that you meant that this nodule you also visualized on the 2009 exam and there hadn't been any change?
A That's what it seems to say, yes.
Q Would it be fair to say that the only finding that you felt was concerning that you saw when you did this report was the mass along the cecum?
A Yes.
Q And since preparing this report you've become aware of the mass in the presacral space that was missed, correct?
A Yes.
Q How did you become aware of the mass in the presacral space?
A Well, I was informed that there was a lawsuit against me and --
Q And I don't want you to tell me what counsel has told you --
A Okay.
Q -- because that's certainly something that Mr. Field would instruct you not to tell me --

Page 65

A Okay.
Q -- and that's one that I'd actually agree with him on as opposed to the earlier ones, but you weren't aware of the presence of the mass in the presacral space on this film until you were notified of the lawsuit?
A That's correct.
Q Okay. Have you ever seen a copy of the May 2016 CT report from St. Vincent?
A No, I have not.
Q And we'll show it to you here in a little bit. And so your re-review of the November 17, 2014 CT scan would've occurred after you had been advised that there was a lawsuit?
A Correct.
Q And when you re-reviewed the 11-17-14 CT scan, did you see the mass in the presacral space?
A I didn't, not at first.
Q Okay, when did you first see the mass in the presacral space?
A I was obviously, "shocked" is not the right word, but worried, I mean, obviously when I have a lawsuit against me, and I sent the case -- My partner, my senior partner, was working that day, so I sent the case to him, I said "Would you review this with me?

Page 66

There's a lawsuit against me and I don't see what they're talking about," and so I showed it to him and we were reviewing it, looking at it, and after a few times I did see something, I did see the, whatever, if that's a mass or a lymph node in the presacral space, I did eventually see that, but it did take me awhile.
Q Who was your senior partner?
A His name is Dr. Tom Vahey.
Q How's that last name spelled?
A V-A-H-E-Y.
Q Did Dr. Vahey see it?
A No.
Q Did you tell him what you were looking for?
A I can't remember exactly what I said.
Q But you do agree that the mass is there?
A Yes, I do.
Q And there is no question that the mass was there to be seen in the presacral space on the 11-17-14 CT scan, correct?
A I would've called it the high presacral space if I had seen it, but yes.
Q And there's no question that this mass in the high presacral space is a new finding that wasn't present in 2009, correct?

Page 67

A That's correct.
Q And you would agree that the mass in the presacral space is consistent with recurrent rectal cancer?
A It's concerning.
Q And that's extremely important information, you would agree?
A Yes.
Q And if a patient has recurrent rectal cancer it's essential that the patient be diagnosed and treated as soon as possible, correct?
A Correct.
Q Because you want to diagnose and treat the disease before it spreads to other organs, correct?
MR. FIELD: I'd just object as to foundation, he's not an oncologist. You can answer if you can.
A That's true.
Q Now that you've seen the mass, how would you have reported it or how would you report the mass? And if you'd like we can pull it up right now, but I'd just like to know how you would report the mass as it appears now that you've seen it?
A You know, it seems to be an elongated enhancing soft tissue nodule adjacent to the sigmoid colon but posterior to the sigmoid colon. I'd have to look at

Page 68

it again if I truly think it's in the presacral space or high presacral space. It just seems higher than I would've expected in terms of higher in the abdomen than the pelvis, if that makes sense, just a little higher than I expected.
Q Doctor, I've got the study here, and do you mind if I come over and look over your shoulder?
A Not at all.
Q This is the 11-17-14 CT exam, and I assume you're probably familiar with this software, this is RadiAnt.
A No, I don't think I am.
Q Okay, well, here we have the axial images and you can just scroll through using the arrows if you'd like, but if you wouldn't mind taking a look at the exam, and I can give you some locations as far as where I believe you'll find the mass. If you want to look at the axial image 75, 76, 77, 78. Do you see the mass on those images?
A Yes, I do.
Q And again we're talking about 75, 76, 77 and 78?
A Correct.
Q How would you describe the mass?
A A peripherally enhancing soft tissue structure posterior to the sigmoid colon.

Page 69

Q If you'll look at sagittal image 34.
A 34?
Q Yes.
A Yes.
Q Do you see the mass there?
A I do.
Q Any change in your description?
A No.
Q Okay. Coronal reformatted image 8, 9 and 10.
A I see it.
Q And do you see it on each of those images?
A It's well seen on image 9.
Q It's also visible partially on 8 and 10, correct?
A Yes.
Q Any change to your description based upon the coronal views?
A No.
Q Would you have made any recommendations had you seen this with respect to the image?
A (Nods head affirmatively.)
Q And you're nodding.
A Yes.
Q And what would your recommendation have been?
A I'm trying to think of what I would do now.
Q Is what you would do --

Page 70

A Basically this is concerning for recurrent cancer.
Q Okay, and you would've left it to the treater to decide on the course to take --
A That's correct.
Q -- based upon the discovery of a finding concerning for recurrent rectal cancer?
A Right.
Q All right, and recurrent rectal cancer is precisely what you were supposed to be looking for in this study, correct?
A Well, it was what I was looking for.
Q It was what you were looking for, and it appeared in the space where it was most likely to appear, correct?
A As I said, I don't know if that's the most common place. I know that is a place that it can recur.
Q And it appeared on multiple images in the study, as we've just seen, correct?
A Correct.
Q Do you have an opinion as to whether your miss was within the standard of care?
MR. FIELD: Same objection, asks for expert testimony. You can answer if you can.
A I believe so.

Page 71

Q Why?
A I think it has to do with a combination of things, one, the enhancement pattern is similar to the adjacent mucosal lining of the sigmoid colon, the orientation of the sigmoid colon itself is sort of an anterior to posterior course. It could be construed as partial volume averaging where the bowel is in and out of the field of -- or the actual image itself. I think two things, it was a little bit higher in the presacral space than I remember seeing, so I was -- as I ran the bowel I was looking a little bit more inferiorly for a node or mass. When I say "node," lymph node, large lymph node, mass, and then there was a, you know, a large mass on the cecum as well, so I think a combination of all of those things lead to not seeing it.
Q You said "it was a little bit higher than I remember seeing," I don't understand what you mean by that.
A Seen other recurrent cancer, rectal cancers.
Q How much higher?
A I don't know. As I reviewed it, it was just a little bit remote of where I expected the recurrent cancer to be, and, like I said, just to go back to the enhancement pattern and the position of the mass

Page 72

with respect to the sigmoid colon.
Q Okay, so help me understand how the enhancement pattern --
A I might have to show you what I'm talking about.
Q Okay, here, I'll come to you.
A Okay. On this image can you see the --
MR. FIELD: Let's identify the image first.
DR. WALKER: I'm sorry.
A On coronal image 9, this is not the best image to show this but I believe it shows it as well, you see a loop of distal colon. The mucosa is enhancing in my mind similar to the periphery, you see this is a peripheral enhancing structure just like the colon. Let's go to the axial images. The distal colon, sigmoid colon has --
Q And we're looking at axial image 77?
A Thank you. The mucosal is enhancing very similar to the degree of peripheral enhancement of this nodule. This has a very similar appearance to this, you see how it's circular, enhancing peripherally, this is enhancing peripherally, and the colon is running in this direction, I think that's what makes it a difficult case.
Q So you think that as you read it your eyes saw that as continuation of the colon?

Page 73

A That's correct.
Q Okay, and you also mentioned the fact that you found the mass adjacent to the cecum?
A It was actually along the cecal wall.
Q We've had some discussion in this case of the phenomenon known as satisfaction of search, is that what you're telling me?
A No, but I think that contributes to the picture of I thought there was a very concerning mass on the cecum. Basically you asked me earlier what would I have done if I had seen this. Basically what I did when I saw the cecal mass, I said "Look, I think this could be an implant on the cecum" and when I say "implant," you know, the surgeon knows I'm talking about metastatic disease.
Q But I'm trying to figure out why the presence of the mass on the cecum contributes to your miss of the mass in the presacral space.
A And that's a fair point. Maybe it doesn't.
Q Okay, because it's certainly possible for a patient to have multiple pathologies on a single study, correct?
A That is true.
Q Doctor, we've handed you what's been marked as Plaintiff's Exhibit No. 4 and I'd like you to go

Page 74

ahead and just take some time to review that. It's my understanding you've not seen this document before, correct?
A That's correct.
Q This is the report that we received of the 5-4-2016 CT exam done on Courtney Webster at St. Vincent Hospital. Take a quick look at that and let me know when you've completed your review.
MR. FIELD: Jerry, are you going to ask him to comment on somebody else's images?
MR. GARAU: I don't know yet.
MR. FIELD: All right.
A Okay.
Q On Exhibit 4 the radiologist notes "a 2 by 2.8 by 2.9 centimeter soft tissue mass extending posterior to an area of irregular wall thickening of the rectum and suggests tumor in the posterior fat in the presacral space. This is increased in size since November 17, 2014." The area that the radiologist is describing there, that is the same area where the mass that we just discussed appeared on the 11-17-14 CT exam?
A I believe so.
Q In your review of the 11-17-14 CT scan did you make any estimate as to the size of the mass shown in

Page 75

the presacral space that was missed?
A Oh, have I afterwards?
Q Yes.
A 1.5 cm.
Q And 1.5 centimeters at what dimension?
A I cannot remember.
Q Doctor, do you think it's likely that the mass described by the radiologist in Exhibit 4 is the same mass that was missed in the 11-17-14 CT exam that we've just been talking about?
A Yes.
Q Doctor, you told me that the mass in the presacral space when you did see it on re-review you believed that it was concerning for recurrent disease. Did you see any evidence at any time, either on your initial review of the November 17, 2014 CT or your subsequent re-review of the November 17, 2014 CT scan, at any time that you've looked at those studies have you seen any evidence of metastatic disease?
A No. Yeah, I mean it would depend on if you're calling that recurrence right there metastatic disease.
Q Let me ask the question this way. Other than the lesion in the presacral space and the cecum, the

Page 76

lesion along the cecum, which we know that eventually was proven not to be cancer but to be endometriosis, but aside from those two lesions did you see any other evidence of disease, and by "disease" I mean cancer, on the November 17, 2014 --
A No.
Q -- CT scan?
A No.
Q All right. Doctor, you don't have an opinion on Mrs. Webster's current prognosis?
A No.
Q And you're not qualified to render an opinion on prognosis, would you agree?
A I agree.
Q And you would defer to an oncologist for opinions regarding her prognosis?
A Yes, I would.
Q You're not rendering an opinion on what her prognosis would have been had her cancer been detected in November of 2014?
A No.
Q And, again, you would defer to an oncologist for such opinions?
A Yes.
Q Do you have an opinion as to the resectability of