UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY WEBSTER, <br> BRIAN WEBSTER, <br>     Plaintiffs, <br>     v. <br> CDI INDIANA, LLC, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:16-cv-02677-JMS-DML <br> ) <br> ) <br> ) <br> ) |

**<u>FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58</u>**

Consistent with the jury's verdict, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff Courtney Webster in the amount of $14,000,000.00 and Plaintiff Brian Webster in the amount of $1,000,000.00 and against Defendant CDI Indiana, LLC.

Date: 6/15/2018

*[signature]*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: ___*[signature]*___
Deputy Clerk, U.S. District Court

**<u>Distribution via ECF only to all counsel of record</u>**